In Re: Sonia M. Nauden

Case No.

I/We filed Chapter 13 for one or more of the following reasons:

- [ ] Lost Employment
- [ ] Hours or pay reduced
- [ ] Matrimonial
- [ ] Garnishments
- [ ] Medical Problems
- [ ] To receive a Chapter 13 discharge
- [ ] Filed a previous bankruptcy proceeding within eight (8) years
- [ ] Owe priority (example: tax) claims
- [ ] Reconstruct credit rating
- [ ] To pay back creditors as much as possible
- [ ] To stop creditor harassment
- [x] To stop foreclosure or other legal proceedings
- [ ] To cram down secured liens
- [ ] To avoid contracts
- [ ] Overextension of credit
- [ ] Decline in income from business, commissions or business failure
- [ ] Overspending
- [ ] Student loans
- [ ] Children's college expenses
- [ ] Avoid Chapter 7 abuse charge
- [x] Protect debtor's property
- [x] Other:
  Owe many years back property taxes.