# Tasks Required to Prepare Case for Confirmation
## (Identified at the §341 Meeting closed (4/29/2019))

**Sonia Nauden,**  Case No.: 19-20277-PRW
**Ronald Goldman, Esq.**

**The Debtor(s) must provide the following to the Trustee:**

**Appraisal:**
    Real Estate     _____
        Address:_____
    Other_____     _____
                            _____

**Bank Statements as of the date of filing:**_____   _____

**Business Valuation:**   _____
    Appraisal _____
    Cashflow Statements _____

**Cause of Action Attorney Information:**   _____

**Certificate of Titles**:
    Title(s)   _____
      _____
      _____
      _____
    Purchase Contract   _____
    Loan Completion Date   _____

**Domestic Support Obligation Form:**   _____

**File and/or Amend:**
    Schedule A_____   _____
    Schedule B_____   _____
    Schedule C_____   _____
    Schedule D_____   _____
    Schedule E_____   _____
    Schedule F_____   _____
    Schedule G_____   _____
    Schedule H_____   _____
    Schedule I_____   _____
    Schedule J_____   _____
    B22C Statement   _____
    Amend Plan     **X**
    Serve Plan   _____
    Adequate Protection Statement   _____
    Chapter 13 Checklist

**File Motion:**
  §506   **X**
  §522 (f)   _____
  Other   _____

**Mortgage:**
  Recorded Deed   _____
  Mortgage   _____

**Proof of Claim(s):** *Attorney Review*   _____

**Review Attorney Fees:**
  File 2016 B Statement   _____
  Provide Time Records   _____
  Compare fees to the unsecured creditors amount   _____
  Compare fees to the suggested No-Look Fee   _____

**§546 Stipulation Information:**   _____

**Other:**
  A letter sent to the Judge regarding indebtedness   _____
  An accounting of how proceeds were used   _____
  Notification of surrender efforts   _____
  Provide original proof of social security number   _____
  Re-Notice Confirmation   _____
  Proof of Insurance on Property   _____

This is not an exclusive task list and should be used only as an informational tool for both the debtor(s) and their counsel in preparation for the confirmation hearing.

The Trustee may request that the Court order a reduction in attorneys fees at the confirmation hearing, if the tasks identified above are not timely completed.

                George M. Reiber
                Chapter 13 Trustee

GMR/lmc