UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

**Sonia M. Nauden**,                                Chapter 13 Case No.: 19-20277

                Debtor(s).

## MOTION TO DISMISS CHAPTER 13 CASE UNDER 11 U.S.C. §1307(b)

**PLEASE TAKE NOTICE** that upon the annexed affidavit of the Debtor, Sonia M. Nauden, duly sworn to the 10th day of May, 2019, and the proposed Order attached thereto and marked Exhibit "A", the debtor hereby moves pursuant to Rule 1017(f)(2) of the Federal Rules of Bankruptcy Procedure before the Hon. Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court, 100 State Street, Rochester, New York, for an Order pursuant to 11 U.S.C. §1307(b), dismissing the Debtor's Chapter 13 bankruptcy case.

Dated:       Rochester, New York
                 May 10, 2019                    /S/ Ronald S. Goldman
                                                           **RONALD S. GOLDMAN, ESQ.**
                                                           *Attorney for Debtor(s)*
                                                           Office and P.O. Address
                                                           532 Times Square Building
                                                           45 Exchange Street
                                                           Rochester, New York 14614
                                                           Telephone: (585) 546-7410
                                                           e-mail: rosgol@yahoo.com

TO:     George M. Reiber, Esq.
          Office of the U.S. Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:   )
         )
**Sonia M. Nauden,**   )   **A F F I D A V I T**
         )   Chapter 13 Case No.: 19-20277
                    Debtor.   )
         )

STATE OF NEW YORK   )
COUNTY OF MONROE   ) ss.:

**Sonia M. Nauden**, being duly sworn, deposes and says as follows:

1. Your deponent filed a petition for an order for relief in a case under Chapter 13 of the Bankruptcy Code on March 27, 2019.

2. Circumstances have arisen wherein your deponent desires to dismiss the Chapter 13 case.

3. Debtor is qualified to move to dismiss her Chapter 13 case under 11 U.S.C. §1307(b), having not previously converted this case from a case filed under Chapters 7, 11 or 12 of the Bankruptcy Code, and herewith moves the Court to Dismiss his Chapter 13 case.

**WHEREFORE,** deponent prays for an order dismissing her Chapter 13 case.

DATED:   May 10, 2019

_____
**Sonia M. Nauden**

STATE OF NEW YORK )
COUNTY OF MONROE ) ss.:

On May 10, 2019, before me personally came, **Sonia M. Nauden,** the Debtor, to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that she executed the same.

RONALD S. GOLDMAN
Notary Public, State of New York
Qualified in Monroe County
No. 4923706
Commission Expires Feb. 16, 2022

_____
**Notary Public**