UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────

In Re:  Case No.: 19-20277

**Sonia M. Nauden**,  Chapter 13

      Debtor(s).

───────────────────────────────────────────

      **UPON CONSIDERATION** of the debtor's Motion to Dismiss and upon the affidavit of the debtor, Sonia M. Nauden, duly sworn to the 10th day of May, 2019, and the Exhibit "A" attached thereto, and there being no opposition filed by the U.S. Trustee or case trustee, and after due notice thereof, it is hereby

      **ORDERED**, that this case be and the same is hereby **DISMISSED** pursuant to 11 U.S.C. §1307(b); and it is further

      **ORDERED**, that the Chapter 13 trustee shall take all necessary steps to vacate the wage deduction order currently in effect in this case; and it is further

      **ORDERED,** that all creditors be notified of the termination of the automatic stay.


Dated:     May _____, 2019
             Rochester, New York     _____
                                                     **Hon. Paul R. Warren**
                                                     *U.S. Bankruptcy Court Judge*

**E N T E R :**