UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF NEW YORK**

IN RE:

SONIA M. NAUDEN,
                              CHAPTER 13
                              BK #19-20277-PRW
                              **NOTICE RELEASING EMPLOYER**
                              FROM MAKING FURTHER
                              **PAYMENTS TO TRUSTEE**

**Employee: SONIA M. NAUDEN**
        **SS #XXX-XX-7106**
_____

       Pursuant to the Standing order of this Court dated May 13, 2004, all parties are hereby notified:

1) That any monies earned and withheld prior to May 14, 2019, be paid to **George M. Reiber, Chapter 13 Trustee,** and any monies earned and withheld (and presently in your possession) be paid to the debtor, and

2) That any order entered prior hereto, requiring the employer below named to pay over any portion of the wages or earnings of the debtor to the trustee including but not limited to deductions from regular wages, bonus or vacation payments, be and is hereby vacated, and the said employer shall no longer be required to make such payments and is hereby released from further liability with respect thereto, and let service of this notice be made by mailing a copy thereof to each of the following at the addresses appearing opposite their respective addresses:

Lifetime Assistance, Attn: Payroll Dept., 435 Paul Road, Rochester, NY 14624
Ronald Goldman, Esq., 532 Times Square Bldg., 45 Exchange Street, Rochester, NY 14614
Sonia M. Nauden, 134 Avenue E, Rochester, NY 14621

 May 14, 2019
 Rochester, New York

                               _____/S/
                                **LISA BERTINO BEASER**
                                **CLERK OF BANKRUPTCY**
                                      **COURT**